# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| JOHN D. KOELBEL,<br><br>                  Plaintiff,<br><br>vs.<br><br>ROBERT J.C. IRVINE, PAUL BAZELEY, PETER D. NICKERSON, BLUE SKIES AIR, LLC, an Oregon limited liability company and JEFF ABBOTT d/b/a/ ABBOTT AIRCRAFT SERVICES,<br><br>                  Defendants. | Case No. **CIV 11-38-N-REB** |

## SUMMONS IN A CIVIL ACTION

To:    Robert J. C. Irvine
          P.O. Box 872677
          Vancouver, WA 98687

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Tyler S. Wirick ISB No. 7267
    Law Offices of Tyler S. Wirick, PLLC
    111 N. 2nd St. Suite 204
    Coeur d'Alene, ID 83814
    Telephone: (208) 964-1218
    Facsimile: (208) 667-1583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **2/8/2011** _____



United States Courts
District of Idaho
**ISSUED**
*Jill MacDonald*
*on Feb 08, 2011 9:40 am*

Case 2:11-cv-00038-REB   Document 1-21   Filed 02/08/11   Page 2 of 5

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| JOHN D. KOELBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT J.C. IRVINE, PAUL BAZELEY, PETER D. NICKERSON, BLUE SKIES AIR, LLC, an Oregon limited liability company and JEFF ABBOTT d/b/a/ ABBOTT AIRCRAFT SERVICES,<br><br>    Defendants. | Case No. <span style="color:red">CIV 11-38-N-REB</span> _____ |

## SUMMONS IN A CIVIL ACTION

To:  Paul Bazeley
   458 South State Street, No. 2C
   Lake Oswego, OR 97034

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Tyler S. Wirick ISB No. 7267
 Law Offices of Tyler S. Wirick, PLLC
 111 N. 2nd St. Suite 204
 Coeur d'Alene, ID 83814
 Telephone: (208) 964-1218
 Facsimile: (208) 667-1583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: <span style="color:red">2/8/2011</span> _____



United States Courts
District of Idaho
**ISSUED**
*Jill MacDonald*
on Feb 08, 2011 9:40 am

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| JOHN D. KOELBEL,<br><br>              Plaintiff,<br><br>vs.<br><br>ROBERT J.C. IRVINE, PAUL BAZELEY, PETER D. NICKERSON, BLUE SKIES AIR, LLC, an Oregon limited liability company and JEFF ABBOTT d/b/a/ ABBOTT AIRCRAFT SERVICES,<br><br>              Defendants. | Case No. **CIV 11-38-N-REB** |

## SUMMONS IN A CIVIL ACTION

To:    Peter D. Nickerson
         c/o Mr. Stephen G. Leatham
         Attorney at Law
         Heurlin, Potter, Jahn, Leatham & Holtmann
         PO Box 611
         Vancouver, Washington 98666-0611

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Tyler S. Wirick ISB No. 7267
    Law Offices of Tyler S. Wirick, PLLC
    111 N. 2nd St. Suite 204
    Coeur d'Alene, ID 83814
    Telephone: (208) 964-1218
    Facsimile: (208) 667-1583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _ 2/8/2011



United States Courts
District of Idaho
**ISSUED**
*Jill MacDonald
on Feb 08, 2011 9:41 am*

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

JOHN D. KOELBEL,

        Plaintiff,

vs.

ROBERT J.C. IRVINE, PAUL BAZELEY, PETER D. NICKERSON, BLUE SKIES AIR, LLC, an Oregon limited liability company and JEFF ABBOTT d/b/a/ ABBOTT AIRCRAFT SERVICES,

        Defendants.

Case No. **CIV 11-38-N-REB**

## SUMMONS IN A CIVIL ACTION

To:    Blue Skies, LLC
        c/o Mr. Stephen G. Leatham
        Attorney at Law
        Heurlin, Potter, Jahn, Leatham & Holtmann
        PO Box 611
        Vancouver, Washington 98666-0611

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Tyler S. Wirick ISB No. 7267
    Law Offices of Tyler S. Wirick, PLLC
    111 N. 2nd St. Suite 204
    Coeur d'Alene, ID 83814
    Telephone: (208) 964-1218
    Facsimile: (208) 667-1583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **2/8/2011** _____



United States Courts
District of Idaho
**ISSUED**
*Jill MacDonald
on Feb 08, 2011 9:42 am*

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| JOHN D. KOELBEL,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT J.C. IRVINE, PAUL BAZELEY, PETER D. NICKERSON, BLUE SKIES AIR, LLC, an Oregon limited liability company and JEFF ABBOTT d/b/a/ ABBOTT AIRCRAFT SERVICES,<br><br>    Defendants. | Case No. **CIV 11-38-N-REB** |

## SUMMONS IN A CIVIL ACTION

To: Jeff Abbott d/b/a Abbott Aircraft Services
   101 E Airport Rd
   Okmulgee, OK 74447

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Tyler S. Wirick ISB No. 7267
 Law Offices of Tyler S. Wirick, PLLC
 111 N. 2nd St. Suite 204
 Coeur d'Alene, ID 83814
 Telephone: (208) 964-1218
 Facsimile: (208) 667-1583

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **2/8/2011** _____

 

United States Courts
District of Idaho
**ISSUED**
*Jill MacDonald*
*on Feb 08, 2011 9:42 am*