IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JOHN D. KOELBEL,

    Plaintiff

vs.

Case No. 11-cv-0038 – REB

ROBERT J.C. IRVINE, PAUL BAZELEY,
PETER D. NICKERSON, BLUE SKIES AIR,
JEFF ABBOTT d/b/a ABBOT AIRCRAFT
SERVICES,

    Defendant.

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND/OR INCONVENIENT FORUM WITH BRIEF AND DECLARATION IN SUPPORT

    Defendant Jeff Abbott, pro se, moves to dismiss this case under Federal Rule 12 because Abbott does not have sufficient contacts with the State of Idaho to warrant personal jurisdiction over him. An additional basis for dismissing the Complaint as against Abbott is the improper and inconvenient nature of the forum to Abbott. Abbott states the following in support of this motion:

1. The only contact with Idaho that I have in this case is that I returned telephone calls from Plaintiff on a few occasions. I have not traveled to Idaho nor taken any other actions in this matter that would connect me with the Sate of Idaho.

2. All substantial actions involving me with this matter have taken place in the State of Oklahoma. The subject engine was shipped to me and all communications in this matter have been initiated outside of the state to me in Oklahoma. I shipped an overhauled replacement engine to Defendant Bazeley in Washington State. I stored the engine core until I was notified by Bazeley that Blue Skies had received

a default judgment against Plaintiff in Washington. That engine core was only worth about $3,500, which was the approximate amount that I had already given credit to Defendant Bazeley. My participation in this matter therefore should have ended with the shipment of the engine to Defendant Bazely and the Court's decision in Washington.

3. The only unrelated contact that I have with the state of Idaho is that I will on occasion buy and sell with parts with one particular vendor in the state. That vendor has nothing to do with this matter.

4. The Court should be aware that, unlike the other defendants, the Plaintiff has failed to allege any facts that support this Court's jurisdiction over me in Idaho. Please see paragraph 9 of the Complaint regarding personal jurisdiction allegations against defendants Blue Skies and Irvine, but not me.

5. I have very limited financial resources. I cannot afford to retain an Idaho attorney and litigate this case in Idaho. Being forced to litigate this matter in Idaho will therefore cause me great financial hardship.

6. Forcing me to participate in this case in Idaho violates the traditional notions of fair play and substantial justice because I have not purposefully availed myself of the benefits and privileges of conducting business in the state.

7. I wish to represent myself under District of Idaho Local Rule 83.7. Although I am not a lawyer, I will attempt to be familiar with the federal and local rules and do the best I can under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   June 13, 2011

Jeff Abbott
101 E. Airport Rd
Okmulgee, OK  74447
(918) 756-7600

### Certificate of Service

I mailed a copy of this motion to:

Plaintiff attorney

Tyler S. Wirick
111 n. 2nd St., Suite 204
Coeur d'Alene, ID 83814

Jeff Abbott

3